FILED

01/07/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0138

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 24-0138

The Estate of William Harris III,

        Appellant, Cross Appellee

v.

Michael Reilly,

        Appellee, Cross Appellant.

**ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Pursuant to the Motion for Extension of Time to File Appellant/Cross Appellee's combined Response/Reply Brief filed by the Estate of William Harris III, and good cause appearing therefrom,

IT IS HEREBY ORDERED, that the Appellant/Cross Appellee will have until February 11, 2025, to file his Response/Reply Brief.

Dated this _____ day of January, 2025.

_____
Clerk of the Supreme Court

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 7 2025